ARNOLD LEIDER et al., Appellants, v. STATE OF NEW YORK, Respondent. (Claim No. 50684.)

Herlihy, P. J., Reynolds, Staley, Jr., Sweeney and Simons, JJ., concur.